LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

DAVID GELFAND

PH: (212) 581-1001

FX: (212) 581-4999

November 3, 2023

**VIA ECF**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11217

Re:   **United States v. Doe, 17 CR 576 (BMC)**

Dear Judge Cogan:

I am writing on behalf of defendant John Doe and without objection from the government to respectfully request that the defendant's November 30, 2023 sentencing be adjourned to a date in January 2024 as the presentence investigation report has yet to be disclosed to the defendant, contrary to Fed. R. Crim. P. 32(e)(2)'s minimum notice requirement. Should the Court have availability, the government and defense counsel are generally free January 16 though 19, and January 22 though 24.

Thank you for the Court's consideration of this matter; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc:   William Campos, Esq.
Assistant United States Attorney (by ECF)